IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 2 6 2006

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

| | | |
|---|---|---|
| MICHAEL WAYNE PACE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:03-CV-0386 |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS,
## ADOPTING REPORT AND RECOMMENDATION and
## DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came for consideration the Petition for a Writ of Habeas Corpus by a Person in State Custody

filed by petitioner.  On January 3, 2006, the United States Magistrate Judge issued a Report and

Recommendation in this cause, recommending therein that petitioner's application for a writ of habeas

corpus be dismissed as time barred.  Petitioner filed objections to the Magistrate Judge's Report and

Recommendation on January 17, 2006 and additional objections on January 23, 2006 (such objections

were raised by motion).

The undersigned United States District Judge has made an independent examination of the record

in this case.  The objections filed by petitioner are without merit and are hereby OVERRULED.  The

Magistrate Judge's Report and Recommendation is hereby ADOPTED.  Accordingly, the petition for a

writ of habeas corpus filed by petitioner is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this ____*26th*____ day of ____*January*____ 2006.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE